UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERRIE DURHAM | ) | |
| | ) | |
| v. | ) | No. 3:06-0459 |
| | ) | Judge Sharp |
| SUPREME COURT OF TENNESSEE, et al., | ) | |
| | ) | |

**O R D E R**

Pursuant to Rule 72(a) and (b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) and (B), this action is hereby referred to the Magistrate Judge for consideration of all pretrial matters. Any dispositive motions filed shall be considered by the Magistrate Judge, who shall submit proposed findings of fact and recommendations for disposition.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE